CASES DISMISSED BY THE SUPREME COURT WITHOUT WRITTEN OPINIONS DURING THE JANUARY TERM, A. D. 1925.

The City of St. Augustine, a municipal corporation, Plaintiff in Error, v. The St. Johns Electric Company, a corporation, Defendant in Error.

A Writ of Error to the Circuit Court for St. Johns County.

Writ of Error dismissed on motion of counsel for the respective parties.

*E. Noble Calhoun* and *P. H. Odom,* for Plaintiff in Error.

*George W. Bassett, Jr.,* for Defendant in Error.

---

George S. Reid and Sibelle L. Reid, his wife, Appellants, v. John F. Olive, Appellee.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Frank Smathers* and *E. B. Kurtz,* for Appellants; *Gramling & Clarkson,* for Appellee.

---

J. W. Floyd, Appellant, v. Addie Hunton Floyd, Appellee.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for Appellant.

*McGill & McGill,* for Appellant;

*David Kaufman,* for Appellee.

---

John Cray, Petitioner, v. M. A. McMullen, as Circuit Judge, Respondent.

A case of original jurisdiction.

Alternative Writ of Mandamus dismissed on motion of counsel for Petitioner.

*Thomas Palmer* and *W. B. Dickenson,* for Petitioner.

---

Fidelity and Deposit Company, of Maryland, a corporation, Plaintiff in Error, v. T. S. Chamberlain, Defendant in Error.

A Writ of Error to the Circuit Court for Hillsborough County.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Thomas E. Lucas* and *Henry E. Williams,* for Plaintiff in Error.

*Frank T. Phillips,* for Defendant in Error.